DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY KLAYMAN,**
Appellant,

v.

**COMMIE GIRL INDUSTRIES**, **INC.**, et al.**,**
Appellees.

No. 4D22-2114

[August 31, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 50-2020-CA-000737-XXXX-MB.

Larry Klayman, Boca Raton, pro se.

Amy M. Hanna and John M. Phillips of Phillips, Hunt, Walker & Hanna, Jacksonville, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***